**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
JOHN SAMBERG, ESQ. (NV Bar No. 10828)
5594-B Longley Ln.
Reno, NV 89511
Ph: (775) 853-6787 / Fx: (775) 853-6774
jsamberg@wrslawyers.com

*Attorneys for Defendant Vitacup, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NUTRIENT FOODS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> VITACUP, Inc., <br><br> Defendant. | 3:18-cv-219-LRH-WGC <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT'S RESPONSIVE PLEADING** <br><br> **(First Request)** |

COME NOW Plaintiff Nutrient Foods, LLC and Defendant Vitacup, Inc., through their undersigned attorneys, and hereby stipulate and respectfully request that the Court grant an extension of time regarding the time to file Defendant's responsive pleading from its original deadline of August 9, 2018, to and including August 23, 2018. Plaintiff, through undersigned counsel, has provided written agreement to the requested extension in light of the parties' ongoing settlement discussions. This is the first such extension of time to respond to the Complaint that has been requested or granted.

Respectfully submitted: August 10, 2018.

| | |
|---|---|
| WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP | ROBISON, SHARP, SULLIVAN & BRUST |
| By: */s/ John Samberg* <br> John Samberg, Esq. <br> Attorneys for Defendant | By: */s/ Clayton P. Brust* <br> Clayton P. Brust, Esq. (NV 5234) <br> Attorneys for Plaintiff |

**IT IS SO ORDERED:**

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

DATED: August 13, 2018

---

Stipulation and Proposed Order Extending Briefing Deadlines for Rule 60(b)(6) Motion