**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA -- RENO**

NUTRIENT FOODS, LLC, a Nevada Limited Liability Company,

        Plaintiff,

vs.

VITACUP, INC., a Delaware corporation and DOES I-X,

        Defendants.
_____/

**CASE NO: 3:18-cv-00219-LRH-WGC**

**O R D E R**
**REGARDING**

## STIPULATION FOR DISMISSAL WITH PREJUDICE

        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby STIPULATED AND AGREED among the parties, by and through their undersigned counsel, that all claims asserted in the above-captioned litigation shall be, and are hereby, voluntarily DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

        IT IS SO STIPULATED.

Dated this 12th day of December, 2018.    Dated this 12th day of December, 2018.

/s/Clayton P. Brust            /s/Mark B. Mizrahi
Clayton P. Brust, Esq.           Mark B. Mizrahi, Esq.
Therese M. Shanks, Esq.         Max Noah, Esq.
Robison, Sharp, Sullivan & Brust    Wolf, Rifkin, Shapiro, Schulman & Rabkin
71 Washington Street           11400 West Olympic Blvd., 9th Flr.
Reno, NV 89503              Los Angeles, CA 90064
*Attorneys for Plaintiff*

                                  John Samberg, Esq.
                                  5594 B. Longley Lane
     **SEE ORDER ON NEXT PAGE**    Reno, NV 89511
                                  *Attorneys for Defendant*

# O R D E R

IT IS SO ORDERED.

DATED this 14th day of December, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE